**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1994**

STEPHEN C. YOWELL,

             Plaintiff - Appellant,

       v.

RESIDENTIAL MORTGAGE SOLUTION, LLC,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.   Norman K. Moon, Senior District Judge.   (3:10-cv-00063-NKM-BWC)

Submitted:  June 29, 2012            Decided:  August 1, 2012

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry W. McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, P.C., Richmond, Virginia, for Appellant.  Mark D. Meyer, ROSENBERG & ASSOCIATES, LLC, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen C. Yowell appeals the district court's order dismissing his civil action alleging violations of the Truth in Lending Act ("TILA"). We have reviewed the record and find no reversible error. While our recent decision in Gilbert v. Residential Funding, LLC, 678 F.3d 271, 275-77 (4th Cir. 2012) (holding that borrowers' letter to their lender within three years of the transaction, rather than the filing of any suit, is all that is required for notice of rescission under TILA), rejects the district court's alternative basis for dismissal, we affirm on the district court's principal reasoning for dismissing the case. Yowell v. Residential Mortg. Solution, LLC, No. 3:10-cv-00063-NKM-BWC (W.D. Va. Aug. 17, 2011).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED